**KEITH D. KARNES,** OSB # 033521
keith@rankkarneslaw.com
Rank & Karnes Law, P.C.
2701 12th St SE
Salem, OR 97302
Tel (503) 385-8888
Fax (503) 385-8899

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

SILVER MOUNTAIN FARMS, LLC

Debtor-in-possession,

Case No.: 20-60777-pcm12

DECLARATION OF DANIEL HAFNER IN SUPPORT OF FIRST DAY MOTIONS

I, Daniel Hafner, declare that:

I am the sole owner of Silver Mountain Farms, LLC ("the Farm"). I have filed chapter 12 bankruptcy for the Farm because my loans with KeyBank and Wilbur-Ellis have come due and payable in full and I have not been able to obtain replacement financing.

Silver Mountain Farms runs a grass seed and hazelnut farm that currently has five employees plus me providing the labor. The outstanding wages for the employees are approximately $1,140. I need spot spraying, working ground maintaining equipment so that I can have a productive harvest this year. However, the only money that is available to me is the money upon which KeyBank and Wilbur-Ellis have a lien.

DECLARATION OF DANIEL HAFNER IN SUPPORT OF FIRST DAY MOTIONS- 1

**Rank & Karnes Law, P.C.**
2701 12th St SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

Case 20-60777-pcm12    Doc 7    Filed 03/18/20

I believe the Farm can repay all creditors in full over time.  The banks had previously renewed the farm's loans until this year. Now, the lenders are unwilling to renew the farm's loans.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated March 17, 2020.                    /s/ Daniel Hafner
                                         Daniel Hafner

DECLARATION OF DANIEL HAFNER IN SUPPORT OF FIRST DAY MOTIONS - 2

**Rank & Karnes Law, P.C.**
2701 12th St SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I filed the forgoing document via ECF which will in turn serve:

KEITH D KARNES on behalf of Debtor-in-possession Silver Mountain Farms, LLC
keith@rankkarneslaw.com  patricia@rankkarneslaw.com
9982680420@filings.docketbird.com  KarnesKR42869@notify.bestcase.com

Virginia Andrews Burdette
vab@andrewsburdette.com  ta@andrewsburdette.com  vbch12tr@seanet.com

Gina Anne Johnnie
gina@shermlaw.com  beth@shermlaw.com  darlene@shermlaw.com

US Trustee, Eugene
USTPRegion18.EG.ECF@usdoj.gov

via First Class mail:

| | |
|---|---|
| KeyBank National Association<br>Christopher M Gorman, President<br>127 Public Square<br>Cleveland, OH 44114-1217 | Virginia Burdette, Trustee<br>5506 6th Ave S, Suite 207<br>Seattle, WA 98108-2553 |
| Wilbur-Ellis Company<br>Registered Agent Solutions, Inc., RA<br>8130 SW Beaverton-Hillsdale Highway<br>Portland, OR 97225-1845 | US Trustee, Eugene<br>405 E 8th Avenue #1100<br>Eugene, OR 97401 |
| Daniel Hafner<br>PO Box 53<br>Lyons, OR 97358 | |

DATED March 18, 2020.

    /s/ Keith D. Karnes
Keith D. Karnes, OSB # 033521
Attorney for Debtor-in-possession

DECLARATION OF DANIEL HAFNER IN SUPPORT OF FIRST DAY MOTIONS - 3

**Rank & Karnes Law, P.C.**
2701 12th St SE
Salem, OR  97302
Telephone (503) 385-8888
Facsimile (503) 385-8899